USCA1 Opinion

 

 [NOT FOR PUBLICATION] United States Court of Appeals For the First Circuit ____________________ No. 97-2316 DOWNTOWN DEVELOPMENT, CORP., Plaintiff - Appellant, v. K-MART CORPORATION, Defendant - Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Carmen Consuelo Cerezo, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Stahl, Circuit Judges. ______________ _____________________ Johanna Emmanuelli Huertas, with whom Pedro E. Ortiz Alvarez __________________________ ______________________ and The Law Offices of Pedro E. Ortiz Alvarez were on brief for __________________________________________ appellant. Jon R. Steiger, with whom Patrick M. McCarthy, Howard & _______________ ____________________ _________ Howard, Steven C. Lausell, James W. McCartney and Jim nez, ______ __________________ ____________________ ________ Graffam & Lausell were on brief for appellee. _________________ ____________________ February 26, 1998 ____________________ Per Curiam. On March 27, 1996, Downtown Development Per Curiam.  ___________ Corporation ("Downtown") filed this action to recover damages arising from K-Mart Corporation's ("K-Mart's") alleged illegal occupancy of Downtown's property in Ponce, Puerto Rico. Downtown appeals the district court's decision to grant summary judgment in favor of K-Mart Corporation ("K-Mart"). We affirm on the grounds stated in the district court's opinion and order. See Downtown Dev. Corp. v. K-Mart Corp., Civ. ___ ___________________ ____________ 96-1497CCC (D.P.R. September 25, 1997). We find clause 27 of the lease at issue dispositive. As the district court noted, that provision grants K-Mart the option to remain as a month-to-month tenant after the expiration of the lease until it is forced out by the courts. In the instant case, K-Mart simply exercised this option. Costs to be assessed against appellant. Affirmed. Affirmed ________ -2-